# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Elena Steers, Esq. | Atty Name (if applicable): | Elena Steers |
| Street Address: | 16633 Ventura Blvd., Ste. 900 Encino, CA 91436 | CA Bar No. (if applicable): | 193237 |
| Filer's Telephone No.: | (818) 345-9913 | Atty Fax No. (if applicable): | (818) 981-1227 |

| | |
|---|---|
| In re:<br><br>**Max Guercy** | Case No. **SV10-21888-MT**<br>Chapter **13** |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes   ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☐ B   ☐ C   ☒ D   ☐ E   ☐ F   ☐ G   ☐ H   ☒ I   ☒ J

☐ Statement of Social Security Number(s)   ☐ Statement of Financial Affairs
☐ Statement of Intention   ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Max Guercy**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: March 7, 2011

/s/ Max Guercy
**Max Guercy**
*Debtor Signature*

*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE PROOF OF SERVICE\*\***

B6D (Official Form 6D) (12/07)

In re  **Max Guercy**                                                                 Case No.  **1:10-bk-21888**
                                              Debtor(s)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxx3369**<br><br>**Bank of America Home Loans<br>450 American Street<br>Simi Valley, CA 93065** | | N<br>A | 6/2006<br><br>Equity Line (Subject to Lien Avoidance)<br><br>9647 Vena Ave.,<br>Pacoima, CA 91331 | | | | | |
| | | | VALUE  $223,000.00 | | | | $38,928.00 | $0.00 |
| ACCOUNT NO. **8251**<br><br>**HSBC Best Buy<br>Attn.: Bankruptcy<br>PO Box 5263<br>Carol Stream, IL 60197** | | N<br>A | '07 - '09<br><br>Security Agreement<br><br>Misc. Household Goods and Furniture | | | | | |
| | | | VALUE  $1,600.00 | | | | $648.00 | $0.00 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Max Guercy** _____ Case No. **1:10-bk-21888** _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxx1022<br><br>Los Angeles Country Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054 | | NA | 2010<br><br>Property Tax<br><br>9647 Vena Ave.,<br>Pacoima, CA 91331<br><br>VALUE $223,000.00 | | | | $5,694.00 | $0.00 |
| ACCOUNT NO. xxxxx5547<br><br>Santa Barbara Bank & Trust<br>711 E Daily Dr Ste 200<br>Camarillo, CA 93010 | | NA | 7/2006<br><br>Mortgage<br><br>9647 Vena Ave.,<br>Pacoima, CA 91331<br><br>VALUE $223,000.00 | | | | $448,999.00 | $270,621.00 |
| | | | Total(s)<br>(Use only on last page) | | | | $494,269.00<br>(Report also on Summary of Schedules) | $270,621.00<br>If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Max Guercy**                                                                 Case No. **1:10-bk-21888**
                                    Debtor(s)

## 2nd AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Common-law** | RELATIONSHIP(S): **Son** | AGE(S): **16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Clerk** |
| Name of Employer | | **City of Los Angeles** |
| How long employed | | |
| Address of Employer | | **200 N. Main Street, # 300**<br>**Los Angeles, CA 90012** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 1,276.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 1,276.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 80.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 80.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,196.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 1,400.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **Contribution from family** | $ 1,597.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,997.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,997.00 | $ 1,196.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,193.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Max Guercy** _____ Case No. **1:10-bk-21888**
Debtor(s)

# 2nd AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,430.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 60.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 50.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 450.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 70.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 140.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 45.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 245.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) **Property Taxes** | $ | 260.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Misc. personal** | $ | 40.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,840.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,193.00 |
| b. Average monthly expenses from Line 18 above | $ | 3,840.00 |
| c. Monthly net income (a. minus b.) | $ | 353.00 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16633 Ventura Blvd., Suite 900
Encino, CA 91436

A true and correct copy of the foregoing document described as **Amended Schedules "D", "I" and "J"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/7/2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Patti H Bass    ecf@bass-associates.com
- Ann G Lee    alee@grahamvaagelaw.com
- Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
- Elena Steers    steerslaw@yahoo.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **3/8/2011**, served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/7/2011 | Lusy Badalyan | /s/ Lusy Badalyan |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                           **F 9013-3.1.PROOF.SERVICE**

Max Guercy
9647 Vena Ave.,
Pacoima, CA 91331


Elena Steers
Law Offices of Steers & Associates
16633 Ventura Blvd., Ste. 900
Encino, CA 91436


ACS/Deutsche Bank
501 Bleecker Street
Utica, NY 13501


American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355


Anixter Bros. Inc./Structured
c/o Law Offices of Alen L. Brodkin
& Associates
15500 B. Rockfield Blvd.,
Irvine, CA 92618


Bank of America  Home Loans
450 American Street
Simi Valley, CA 93065


Bank of America Home Loans
450 American Street
Simi Valley, CA 93065


Capital One, N.A.
C/O American Infosource
PO Box 54529
Oklahoma City, OK 73154

Citibank Usa
Attn.: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Citibank USA
Attn.: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Elizabeth F. Rojas
Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403


HSBC Best Buy
Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197


HSBC Best Buy
Attn.: Bankruptcy
PO Box 5263
Carol Stream, IL 60197


Los Angeles Country Tax Collector
PO Box 54018
Los Angeles, CA 90054


Municipal Services Bureau
PO Box 16755
Austin, TX 78761


NCO Financial Services Inc
2920 Prospect Park Dr St
Rancho Cordova, CA 95670

Santa Barbara Bank & Trust
711 E Daily Dr Ste 200
Camarillo, CA 93010


SLC Conduit I LLC
99 Garnsey Rd.,
Pittsford, NY 14534


Uni-Com Supply Inc.
c/o Stuart D. Meyers, Esq.
7122 Beverly Blvd., Ste. A
Los Angeles, CA 90036


USTrustee
21051 Warner Center Lane, # 115
Woodland Hills, CA 91367


Wells Fargo Business
PO Box 29482
Phoenix, AZ 85038